UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREET GREWAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-05643-JSC<br><br>**ORDER DISMISSING JPMORGAN CHASE BANK, N.A.** |

    Preet Grewal and Evergreen Auto Care, Inc. dba Integrity Automotive Service "(Evergreen Auto Care") allege two counts: (1) negligence against JPMorgan Chase Bank, N.A. ("Chase") and (2) fraud against Does 6-10. (Dkt. No. 1-1.) Chase moved to dismiss Plaintiff's negligence claim. (Dkt. No. 10.) The Court granted Chase's motion with leave to amend and ordered Plaintiffs to file any amended complaint on or before January 23, 2024. (Dkt. No. 25 at 4.)

    Plaintiffs have not filed an amended complaint. So, the Court DISMISSES the claims against Chase with prejudice. As Plaintiffs have not moved to amend to substitute an actual party for the Doe Defendants, the claims against the Doe defendants are dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated: February 2, 2024

JACQUELINE SCOTT CORLEY
United States District Judge